[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Kathleen R. Faber et al.,

Plaintiff

v.

McDonald's USA, LLC et al.,

Defendant

Case Number: 1:24-cv-01246

Judge: Hon. LaShonda A. Hunt

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on June 10, 2025 at 10:00 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt or any judge sitting in his or her stead in **Courtroom** 1425 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion for Withdrawal of Counsel by Lisa R. Considine

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I provided service to the person or persons listed above by the following means: Northern Dist. of Illinois CM/ECF

Signature: /s/ Lisa R. Considine                     Date: May 30, 2025

Name (Print): Lisa R. Considine

Address: Siri & Glimstad LLP                         Phone: (772) 783-8436

745 Fifth Avenue, Suite 500

New York, NY 10151

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]