UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Kathleen R. Faber, et al.
                          Plaintiff,

v.                                                     Case No.: 1:24−cv−01246
                                                               Honorable LaShonda A. Hunt

McDonald's U.S.A., LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons set forth in the accompanying order, Defendants' motions to dismiss [71][75][77] are granted in part. The Court lacks personal jurisdiction over Defendants MBM and Mac−Clark. However, in lieu of dismissal, the Court finds it to be in the interests of justice under 28 U.S.C. § 1406(a) to transfer the claims to proper venues and will do so by separate order. Furthermore, the first amended complaint is dismissed as to Defendants McDonald's USA, LLC and Unnamed Franchisees, and the collective allegations stricken under Rule 12(f) with leave to replead. Plaintiffs are granted a final opportunity to amend the complaint consistent with this ruling by 10/28/25. Failure to do so will result in the case being closed. Enter Order. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.