# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Kathleen R. Faber, et al,

Plaintiff(s),

v.

McDonald's U.S.A., LLC, et al

Defendant(s).

Case No. 24-cv-01246
Judge LaShonda A. Hunt

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒    other: Plaintiffs' first amended complaint is dismissed as to Defendants McDonald's USA, LLC and Unnamed Franchisees, and the collective allegations stricken under Rule 12(f). The Court lacks personal jurisdiction over Defendant MBM Management, Inc., and Defendant Mac-Clark Restaurants, Inc. Therefore, Plaintiffs' claims against Defendant MBM Management, Inc., and Defendant Mac-Clark Restaurants, Inc. are severed and transferred to other judicial districts.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on a motion to dismiss

Date:  10/31/2025                    Thomas G. Bruton, Clerk of Court

                                Brenda Rinozzi, Deputy Clerk